IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY D. KOLTON et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 16-cv-3792 |
| | ) | |
| v. | ) | Hon. Charles Kocoras |
| | ) | |
| MICHAEL W. FRERICHS, Illinois State Treasurer, | ) | |
| | ) | |
| Defendant. | ) | |

### JOINT STIPULATION OF FACTS

Plaintiffs and Defendant Michael Frerichs, in his official capacity as Illinois State Treasurer, hereby stipulate to the following facts:

1. Plaintiff S. David Goldberg asserts a claim to Property ID No. 99916922555, which is currently held by the Treasurer.

2. Property ID No. 99916922555 relates to an uncashed check that was originally issued by Logitech, Inc., payable to S. David Goldberg, for an amount less than $100.

3. Property ID No. 99916922555 was not in an interest-bearing account when it was delivered to the Treasurer.

                                                     Respectfully submitted,

| | |
|---|---|
| /s/Terry Rose Saunders (w/permission) | LISA MADIGAN<br>Attorney General of Illinois |
| Terry Rose Saunders<br>THE SAUNDERS LAW FIRM<br>120 North LaSalle Street, Suite 2000<br>Chicago, Illinois 60602<br>Tel: 312-444-9656<br>tsaunders@saunders-lawfirm.com | /s/ *Sarah H. Newman*<br>Thomas A. Ioppolo<br>Sarah H. Newman<br>Assistant Attorneys General<br>General Law Bureau<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601 |
| Arthur Susman<br>LAW OFFICES OF ARTHUR SUSMAN<br>55 West Wacker Drive, Suite 1400<br>Chicago, Illinois 60601<br>Tel: 312-800-2351<br>arthur@susman-law.com | 312-814-7198 / 312-814-6131<br>tioppolo@atg.state.il.us<br>snewman@atg.state.il.us<br><br>*Counsel for Defendant* |
| Thomas A. Doyle<br>WEXLERWALLACE LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, IL 60603<br>Tel: 312-346-2222<br>tad@wexlerwallace.com | |
| *Counsel for Plaintiffs Anthony D. Kolton,*<br>*S. David Goldberg and Jeffrey S. Sculley and*<br>*the Proposed Class* | |