# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**

## FINAL JUDGMENT

January 2, 2019

Before:    FRANK H. EASTERBROOK, Circuit Judge
           MICHAEL S. KANNE, Circuit Judge
           ILANA DIAMOND ROVNER, Circuit Judge

| No. 18-2432 | S. DAVID GOLDBERG, Plaintiff - Appellant<br><br>v.<br><br>MICHAEL W. FRERICHS, Treasurer of the State of Illinois, Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:16-cv-03792<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

The judgment is **VACATED,** and the case is **REMANDED** for proceedings consistent with Kolton and this opinion. The above is in accordance with the decision of this court entered on this date. Appellant recovers costs.

form name: **c7_FinalJudgment**(form ID: **132**)